IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY LEE RUSSELL, JR., | ) No. C 15-02870 HRL (PR) |
| Plaintiff, | ) **ORDER ADMINISTRATIVELY CLOSING CASE** |
| v. | ) |
| CONTRA COSTA COUNTY, et al., | ) |
| Defendants. | ) (Docket No. 2) |

Plaintiff, a state prisoner at Pelican Bay State Prison, has filed a complaint pursuant to 42 U.S.C. § 1983, and a motion for leave to proceed in forma pauperis ("IFP"), (Docket No. 2). It appears this action was opened in error as Plaintiff clearly indicates Case No. 14-05469 HRL (PR) in the heading of the complaint, (Docket No. 1 at 1), as well as the IFP application, (Docket No. 2 at 1). The Clerk shall docket the documents into the appropriate case file, and administratively close this action. Because the case was opened in error, no fee is due.

**IT IS SO ORDERED.**

DATED: 7/27/15

HOWARD R. LLOYD
United States Magistrate Judge

Order Administratively Closing Case
P:\PRO-SE\HRL\CR.15\02870Russell_adm close.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

LARRY LEE RUSSELL, JR.,

    Plaintiff,

v.

CONTRA COSTA COUNTY, et al.,

    Defendants.

Case Number: CV15-02870 HRL

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on ___7/27/2015___, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Larry Lee Russell AR8643
Pelican Bay State Prison
P.O. BOX 7500
Crescent Bay, CA 95532-7000

Dated: __7/27/2015__    P. Cromwell, Deputy
                                Richard W. Wieking, Clerk